

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-18-00040-CV

Eldo E. **FREZZA,** M.D.,
Appellant

v.

Melissa **FLORES,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVB000655D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion to Extend Time to File Motion for En Banc Reconsideration is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court